IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CRIMINAL CASE NO. 1:08cr59-2

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| vs. | ) **O R D E R** |
| CHAVIS LEON HARGRO. | ) |

**THIS MATTER** is before the Court on the Defendant's *pro se* 3582 Motion for Sentence Reduction [Doc. 141].

There are two problems with the motion. First, the Defendant has not signed the motion or served a copy thereof on the United States Attorney. Second, at the time the Defendant was sentenced on June 4, 2009, he was given the benefit of the modification made to the United States Sentencing Guidelines by Amendment 706. As a result, he is not entitled to any relief.

**IT IS, THEREFORE, ORDERED** that the Defendant's *pro se* 3582 Motion for Sentence Reduction [Doc. 141] is hereby **DENIED**.

Signed: October 14, 2009

Martin Reidinger
United States District Judge